UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KUJTIM CELAJ,

                            **Plaintiff,**

-against-                                       Case No.: 13-CV-8504
                                                    (KPF) (JLC)

NERIM GJONBALAJ, LOUIS MAROLDA,
ROGER MAROLDA, HEADQUARTERS
NEW YORK, LLC d/b/a HEADQUARTERS
GENTLEMEN'S CLUB, SIMPLICITY
COMPUTER CORP, SILK CORP, and
MAYA'S RESTAURANT INC.,

                            **Defendants.**
------------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter the appearance of Anabia Hasan, Esq., of Alan Lescht and Associates, P.C., as counsel for Plaintiff Kujtim Celaj in this case.

Dated:  April 1, 2015                       Respectfully submitted,


                                                      _/s/Anabia Hasan_____

                                                        Anabia Hasan, Esq.
                                                        Alan Lescht & Associates, P.C.
                                                        1050 17th St., NW, Suite 400
                                                        Washington, DC 20036
                                                        Tel. (202) 463-6036
                                                        Fax. (202) 463-6067
                                                        Anabia.hasan@leschtlaw.com
                                                        Counsel for Plaintiff